```
 1 │ ANDRÉ BIROTTE, JR.
   │ United States Attorney
 2 │ LEON W. WEIDMAN
   │ Assistant United States Attorney
 3 │ Chief, Civil Division
   │ ZORAN J. SEGINA (SBN 129676)
 4 │ Assistant United States Attorney
   │        Room 7516AA Federal Building
 5 │        300 North Los Angeles Street
   │        Los Angeles, California 90012
 6 │        Telephone: (213) 894-6606
   │        Facsimile: (213) 894-5900
 7 │        Email: zoran.segina@usdoj.gov
 8 │ Attorneys for Plaintiff
   │ United States of America
 9 │
10 │                 UNITED STATES DISTRICT COURT
11 │              FOR THE CENTRAL DISTRICT OF CALIFORNIA
12 │
13 │ UNITED STATES OF AMERICA,    ) CASE NO. CV 12-4739 URC
14 │                              )
   │       Plaintiff,             )
15 │                              ) [PROPOSED] CONSENT JUDGMENT
   │    v.                        )
16 │                              )
17 │ LAUREN M. TRAINOR,           )
   │                              )
18 │       Defendant.             )
                                  )
19 │
20 │      THE COURT, having reviewed the Stipulation for Entry of
21 │ Consent Judgment between the United States of America on behalf
22 │ of its agency, the Department of Health and Human Services, and
23 │ Lauren M. Trainor, defendant herein ("Defendant"), and it
24 │ appearing that the United States of America is entitled to entry
25 │ of a judgment against the Defendant, and good cause exiting
26 │ therefor,
27 │ ///
28 │ ///
```

1     IT IS ORDERED, ADJUDGED AND DECREED the United States of
2 America shall have the judgment against Defendant Lauren M.
3 Trainor follows:
4     1. As a result of defaulted student loans, Defendant shall
5 pay to the United States the principal sum of $120,410.67,
6 together with interest accrued to April 27, 2012, of $556.64, for
7 a total amount of $120,967.31, and interest accruing at 0.20%
8 from and after the date of judgment until satisfied.
9     2. The United States will record judgment liens with the
10 applicable County Recorder wherein Defendant resides or owns real
11 property, however, as long as Defendant makes payments as set
12 forth herein, the United States will otherwise take no action to
13 enforce this judgment.
14     3. Defendant shall pay the judgment in monthly installments
15 of Five Hundred Dollars ($500.00) on the first day of each month
16 commencing on or before September 1, 2012, until the judgment is
17 paid in full.
18     4. Defendant shall keep the attorneys for United States
19 informed in writing of any material change in her financial
20 situation or ability to pay, and of any change in her employment,
21 place of residence, or telephone number.
22     5. The monthly $500.00 payment rate will be reevaluated in
23 twelve (12) months and may be modified, as necessary, to take
24 into account the changed economic circumstances of Defendant.
25 For purpose of evaluation and possible modification, Defendant
26 shall provide United States with a Financial Statement (Form OBD
27 500), and a copy of her Federal Income Tax returns including all
28 attachments two (2) months prior to the first anniversary of the

1  judgment, and at the same time each year thereafter, until the
2  Judgment is satisfied.
3       6. Should Defendant become delinquent, after notice to cure
4  and a reasonable opportunity to cure, in making any payment due
5  hereunder, United States shall have the right to enforce the
6  Consent Judgment for the remaining balance then due, after giving
7  credit for any payments made.
8       7. If the Defendant pays to the United States the sum of
9  $80,000.00 plus accrued interest of 0.20% on this sum as provided
10 by law, the United States of America will deem the judgment
11 satisfied, and will provide to Defendant a Release of Lien(s)
12 Under Abstract of Judgment for recording with the applicable
13 County Recorder(s).
14      13.  Each party to this Action shall bear its own costs.
15      IT IS SO ORDERED.
16 DATED: 8/3/12   , 2012
                                    ~~UNITED STATES DISTRICT JUDGE~~
17                                    DEPUTY CLERK
18 SUBMITTED BY:
   ANDRÉ BIROTTE, JR.
19 United States Attorney
   LEON W. WEIDMAN
20 Assistant United States Attorney
   Chief, Civil Division
21
        /S/
22 _____
   ZORAN J. SEGINA
   Assistant United States Attorney
23 Attorneys for Plaintiff