ANDRÉ BIROTTE, JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ZORAN J. SEGINA (SBN 129676)
Assistant United States Attorney
    Room 7516AA Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6606
    Facsimile: (213) 894-5900
    Email: zoran.segina@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CV 12-4739 URC |
|---|---|
| Plaintiff, | ) |
| v. | ) [PROPOSED] CONSENT JUDGMENT |
| LAUREN M. TRAINOR, | ) |
| Defendant. | ) |

THE COURT, having reviewed the Stipulation for Entry of Consent Judgment between the United States of America on behalf of its agency, the Department of Health and Human Services, and Lauren M. Trainor, defendant herein ("Defendant"), and it appearing that the United States of America is entitled to entry of a judgment against the Defendant, and good cause exiting therefor,

///

///

1    IT IS ORDERED, ADJUDGED AND DECREED the United States of America shall have the judgment against Defendant Lauren M. Trainor follows:

1. As a result of defaulted student loans, Defendant shall pay to the United States the principal sum of $120,410.67, together with interest accrued to April 27, 2012, of $556.64, for a total amount of $120,967.31, and interest accruing at 0.20% from and after the date of judgment until satisfied.

2. The United States will record judgment liens with the applicable County Recorder wherein Defendant resides or owns real property, however, as long as Defendant makes payments as set forth herein, the United States will otherwise take no action to enforce this judgment.

3. Defendant shall pay the judgment in monthly installments of Five Hundred Dollars ($500.00) on the first day of each month commencing on or before September 1, 2012, until the judgment is paid in full.

4. Defendant shall keep the attorneys for United States informed in writing of any material change in her financial situation or ability to pay, and of any change in her employment, place of residence, or telephone number.

5. The monthly $500.00 payment rate will be reevaluated in twelve (12) months and may be modified, as necessary, to take into account the changed economic circumstances of Defendant. For purpose of evaluation and possible modification, Defendant shall provide United States with a Financial Statement (Form OBD 500), and a copy of her Federal Income Tax returns including all attachments two (2) months prior to the first anniversary of the

1  judgment, and at the same time each year thereafter, until the
2  Judgment is satisfied.
3      6. Should Defendant become delinquent, after notice to cure
4  and a reasonable opportunity to cure, in making any payment due
5  hereunder, United States shall have the right to enforce the
6  Consent Judgment for the remaining balance then due, after giving
7  credit for any payments made.
8      7. If the Defendant pays to the United States the sum of
9  $80,000.00 plus accrued interest of 0.20% on this sum as provided
10 by law, the United States of America will deem the judgment
11 satisfied, and will provide to Defendant a Release of Lien(s)
12 Under Abstract of Judgment for recording with the applicable
13 County Recorder(s).
14     13.  Each party to this Action shall bear its own costs.
15     IT IS SO ORDERED.
16 DATED: 8/3/12   , 2012
           ~~UNITED STATES DISTRICT JUDGE~~
17         DEPUTY CLERK
18 SUBMITTED BY:
   ANDRÉ BIROTTE, JR.
19 United States Attorney
   LEON W. WEIDMAN
20 Assistant United States Attorney
   Chief, Civil Division
21
         /S/
22 ZORAN J. SEGINA
   Assistant United States Attorney
23 Attorneys for Plaintiff